BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

In re: United Collection Bureau, Inc.
Telephone Consumer Protection Act Litigation

MDL- 1:16-P-106

## MOTION BY DEFENDANT UNITED COLLECTION BUREAU, INC. TO TRANSFER ACTIONS TO THE NORTHERN DISTRICT OF OHIO PURSUANT TO 28 U.S.C. § 1407 FOR COORDINATED OR CONSOLIDATED PRETRIAL PROCEEDINGS

1. Defendant United Collection Bureau, Inc. ("UCB") is a defendant in five actions alleging that it violated the Telephone Consumer Protection Act.

2. These lawsuits are pending in the Western District of North Carolina, Northern District of Ohio, and Middle District of Pennsylvania.

3. UCB respectfully moves this Panel, pursuant to 28 U.S.C. § 1407, to consolidate the pretrial proceedings in the five lawsuits because the actions are pending in multiple districts and concern overlapping questions of law or fact.

/s/ Keith Barnett
Keith Jerrod Barnett
Troutman Sanders, LLP
600 Peachtree St NE # 5200
Atlanta, GA 30308
Email: keith.barnett@troutmansanders.com
Telephone: (404) 885-3423
**Counsel for Defendant: United Collection Bureau, Inc.**

Lindsey B. Mann
Troutman Sanders, LLP
600 Peachtree St NE # 5200
Atlanta, GA 30308
Email: Lindsey.mann@troutmansanders.com
Telephone: (404) 885-2743
**Counsel for Defendant: United Collection Bureau, Inc.**

Ethan G. Ostroff
Troutman Sanders, LLP
222 Central Park Avenue, Suite 2000
Virginia Beach, VA 23462

1

29508919

Telephone: (757) 687-7541
Email: Ethan.ostroff@troutmansanders.com
**Counsel for Defendant: United Collection Bureau, Inc.**